IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.      5:26-CR-78 (AJB) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ANDREW CATALONE,** | ) | Violation:      21 U.S.C. § 841(a)(1) |
| | ) | |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:    Cayuga |

**INFORMATION:**

**COUNT 1**
**[Possession with Intent to Distribute Controlled Substance]**

On or about February 22, 2022, in Cayuga County in the Northern District of New York, the defendant, **ANDREW CATALONE**, a registrant then authorized to dispense controlled substances, knowingly and intentionally possessed a controlled substance intending to distribute and dispense the controlled substance outside the usual course of professional practice and without a legitimate medical purpose, in violation of Title 21, United States Code, Section 841(a)(1). That violation involved oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

Dated: 4/9/20

TODD BLANCHE
Deputy Attorney General

JOHN A. SARCONE III
First Assistant U.S. Attorney

By: _____

Thomas R. Sutcliffe
Assistant United States Attorney
Bar Roll No. 700766

2